PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  James Leroy May                                    Case Number:  7:14CR00185-001

Name of Sentencing Judicial Officer:  Honorable Robert Junell, U.S. District Judge

Date of Original Sentence:  December 11, 2014

Original Offense:   Conspiracy to Possess with Intent to Distribute, and to Distribute, 50 Grams Or More of Actual Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)

Original Sentence:   120 months imprisonment; 5 years supervised release

Type of Supervision:  Supervised Release            Date Supervision Commenced:  January 18, 2022

Assistant U.S. Attorney: Brandi Young              Defense Attorney:   Laura Ann Carpenter

### PREVIOUS COURT ACTION

No previous Court action.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall abstain from the use of all intoxicants, including alcohol, marijuana, synthetic marijuana, and bath salts, during the term of supervision." |
| 2 | "The defendant shall not unlawfully possess a controlled substance." |
| 3 | "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant." |

On or about January 18, 2022, James LeRoy May reported to the Northern District of Texas, Amarillo Division, and on January 21, 2022, he was enrolled in a urine testing program; however, the urine test was delayed due to May being very ill. On February 8, 2022, he was tested for COVID-19 and the results returned negative. On February 9, 2022, May reported to the U.S. Probation Office and submitted a urine specimen.

On March 1, 2022, the Amarillo Division reported May submitted his first urine sample on February 9, 2022, and a second urine sample on February 10, 2022. Both urine samples were tested and showed positive for methamphetamine. May admitted to using methamphetamine and signed an admission statement. May was initially set to release on January 23, 2023; however, due to the First Step Act he was granted an early release on January 18, 2022.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: __5__ years imprisonment; __5__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *[signature]* | *[signature]* |
| Steven M. Moreno | Lorena S. Toscano |
| Supervising U.S. Probation Officer | Sr. U.S. Probation Officer |
| Telephone: (432) 685-0312 | Telephone: (432) 686-4060 |
| | Date:   March 2, 2022 |

cc: Brandi Young, AUSA
    Javier Ceniceros, ADCUSPO

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
*[signature]*

Honorable David Counts
U.S. District Judge

March 16, 2022
Date